

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LAURA KNIGHT, | § | No. 08-12-00355-CR |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | 346th District Court |
| STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20090D02461) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **October 23, 2013.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Joshua C. Spencer, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before **October 23, 2013.**

IT IS SO ORDERED this 25th day of September, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.